# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tari Sutherland

Case No. Civil 01-481JNE/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Globe Aviation Services, Inc. and
Omar Ali Mead

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff recover of the defendants the sum of $111,703 plus costs of the action.

DATE: 6-17-03

J N Ericksen
Joan N. Ericksen, Judge
U.S. District Court, District of Minnesota

RICHARD D. SLETTEN, CLERK

Denise La Fond
Denise La Fond, Deputy Clerk