UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tari Sutherland,

Plaintiff,

v.

Civ. No. 01-481 (JNE/JGL)
ORDER

Globe Aviation Services, Inc., and
Omar Ali Mead,

Defendants.

This case is before the Court on Plaintiff's Motion for Judgment Interest. The Court has received Plaintiffs' brief in support of the motion and Defendants' memorandum in opposition to the motion. Having considered the parties' arguments, the Court denies Plaintiff's motion. Therefore, IT IS ORDERED THAT:

1. Plaintiff's Motion for Judgment Interest [Docket No. 39] is DENIED.

Dated: August 26, 2003

JOAN N. ERICKSEN
United States District Judge

AUG 26 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS