UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TARI SUTHERLAND,

Plaintiff,

v.

GLOBE AVIATION SERVICES, INC., and OMAR ALI MEAD,

Defendants.

Case No. 01-481

Hon. JNE/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action having been fully, finally, and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice and on the merits and without costs and disbursements to any party, and that any party hereto and forthwith and without notice to any other party, may apply to the court pursuant to this Stipulation for an Order directing that Judgment of Dismissal be entered accordingly.

Dated: July 24, 2003

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY ______________________

Reid R. Lindquist, I.D. No. 176710
Attorneys for Defendants
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131

FILED JAN 2 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED JAN 2 2004
DEPUTY CLERK'S INITIALS ________

Dated: July ___, 2003

BREDELL & BREDELL

BY ______________________
John H. Bredell, I.D. No.
Attorneys for Plaintiff
206 North Huron Street
Ypsilanti MI 48197
(734) 482-5000

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation of Dismissal, IT IS HEREBY ORDERED that the Court Administrator is directed to enter forthwith judgment dismissing the above-entitled action, with prejudice, on the merits, and without costs or disbursements to any party.

Dated this 2d day of January, 2004.

BY THE COURT:

______________________
Judge of United States District Court

Doc. #: 189774